**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1550

TALIN A. TASCIYAN,

            Plaintiff - Appellant,

      v.

MEDICAL NUMERICS; TEXTRON SYSTEMS; OVERWATCH GEOSPATIAL
SYSTEMS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Charles B. Day, Magistrate Judge.
(8:11-cv-01467-CBD)

Submitted:  October 28, 2013          Decided:  November 6, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Talin A. Tasciyan, Appellant Pro Se.   Kenneth Christopher
Gauvey, TAYLOR & RYAN, LLC, Baltimore, Maryland; Donald James
Walsh, OFFIT KURMAN, PA, Owings Mills, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Talin A. Tasciyan brought suit against Defendants asserting gender discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964. Although the district court ultimately dismissed Tasciyan's gender discrimination claim, the case proceeded to trial on Tasciyan's retaliation claim.[*] The jury returned a verdict for the Defendants. On appeal, Tasciyan contends the magistrate judge (1) improperly defined "adverse action" for the jury; (2) improperly instructed the jury regarding damages; and (3) allowed impermissible hearsay evidence. Tasciyan also argues the Defendants' improper reference to gender discrimination during closing argument was prejudicial and misled the jury.

Having reviewed the transcript of the jury trial in light of the parties' arguments on appeal, we find no reversible error. Accordingly, we affirm the magistrate judge's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to a trial before a magistrate judge. 28 U.S.C. § 363 (2006).